SAADELDIN (DEAN) EL-SEDFY
1578 HERITAGE WAY
OAKVILLE, ONTARIO, CANADA
L6M 2Z5
Tel: (905) 617-7733
Fax: (888) 492-8557

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT

## NORTHERN DISTIRCT OF CALIFORNIA

**CV16        4056**

| | |
|---|---|
| SAADELDIN (DEAN) EL-SEDFY, | |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| vs. | **DEMAND FOR A JURY TRIAL** |
| WHATSAPP INC., and | |
| FACEBOOK INC. | |
| Defendants. | |

### I.    JURISDICTION

1.      This is an action of copyright infringement arising under title 17 of the United States Copyright Law. Jurisdiction of these claims are conferred to this Court by 28 U.S.C. §§ 1331 and 1338(a).

### II.    VENUE

2.      Venue is appropriate in this Court because both of the defendants have been conducting their businesses, and their respective headquarters are situated, in the state of California and within this Court's judicial district.

1

## III.   INTRADISTRICT ASSIGNMENT

3.        This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Civil Local Rule 3-2(c).

## IV.   PARTIES

4.        SAADELDIN (DEAN) EL-SEDFY, hereinafter will be called Plaintiff, is a Canadian retired Aerospace and Defense Engineer. The Plaintiff personally holds, by assignment, all the interest, rights, and title to the copyrights at issues in this litigation. He founded and has been the sole owner of  SR&ED Engineering Inc. The latter is currently a non active Canadian sole proprietorship organization, similar to an S-Corporation in USA. Its function has been providing a commercial name and entity for the Plaintiff, to run the consulting and software development business. The Plaintiff resides at 1578 Heritage Way, Oakville, Ontario, Canada, L6M 2Z5.  The Plaintiff has since in or about 1999, been developing special software applications for clients and others with great emphasis on security and text encryption. The original applications were developed for Windows based computers. Lately, about 2010, the focus started shifting towards Android and Smart phones, in general. The Plaintiff has developed the following:-

( a )    AntiSpySMS(3.7), which is an application designed for the  privacy and security of users. The hackers, and lately NSA of USA, have been successful to penetrate the mobile phones and obtain sensitive information. Private SMS makes hacking useless. The SMS messages are saved in the inbox in the encrypted format (unreadable by humans). The SMS messages are decrypted on demand by the users and the readable text is never saved. It is an <u>end-to-end encryption</u>. This development has been copyright protected as of August, 1, 2012. Attached herewith the Registration Certificate as Exhibit-A.

2

( b )    BusyTeam, which is an App for  mobile projects and task management for business professionals, who know exactly what to do and just need minimum volume of reminders and fast status communication and updating tools. One person of the team, or more, may prepare the entire plan of work and the rest of the team will be able to synchronize their respective devices to be up and running in seconds. The core development of this product is based on the development of Anti-Spy SMS, subject to the same copyright protection, combined with earlier development for Windows PC.

( c )    e_ScutSheet, which is structurally identical of BusyTeam except  the interface had to be modified to become suitable for medical doctors/students practicing in a hospital setting. In fact the two above mentioned products in 4.( b ) & 4.( c ) provide a perfect manifestation of plagiarism in the development of software, although legal in this instant. Exhibits B,C&D include  copies of The Plaintiff's store online presentations of the three above mentioned products.

5.        WhatsApp Inc. , hereinafter will be called (Defendant-1). As per Facebook Inc's refiling with the exchange authority it is stated that: WhatsApp Inc. was founded and incorporated in California in February 2009 and reincorporated in the State of Delaware in July 2013. The Company provides a cross-platform communication application, which allows users globally to exchange unlimited text and multimedia (audio, video and photo) messages without having to pay for short messaging service (SMS) fees. Users can communicate through one-to-one messages, create groups, or broadcast lists. Currently, WhatsApp supports iPhone, BlackBerry (and BB10), Android, Windows, Nokia S40, and Symbian platforms. Users can send messages via WhatsApp application using existing mobile data connections or Wi-Fi. The Company is headquartered in Mountain View, California. Defendant-1's headquarter exact address is 650 Castro Street, Suite 120-219, Mountain View,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**                              **CASE NO.**

California, 94041, United States of America. It is currently a wholly owned subsidiary of Facebook Inc.

6.      Facebook Inc., hereinafter will be called Defendant-2, developed "Facebook". As per its annual report of 2015, the following is stated: "Facebook" is a mobile application and website that enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers. Defendant-2 had 1.04 billion daily active users (DAUs) on average in December 2015, an increase of 17% compared to December 2014. Defendant-2 had 934 million DAUs who accessed "Facebook" from a mobile device on average in December 2015, an increase of 25% compared to December 2014. There are a number of different ways to engage with people on "Facebook", the most important of which is News Feed which displays an algorithmically-ranked series of stories and advertisements individualized for each person.

7.      Defendant-2 has had, by way of plagiarism, or acquisition, or allegedly development, been able to offer the market many other products, as per its annual report of 2015, such as :-

    ( a )    Instagram, which is a mobile application that enables people to take photos or videos, customize them with filter effects, and share them with friends and followers in a photo feed or send them directly to friends.

    ( b )    Messenger, which is a messaging application available for mobile and web on a variety of platforms and devices. Messenger enables people to reach others instantly and simply, and also enables businesses to engage with customers seamlessly and securely.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**                    **CASE NO.**

( c )    WhatsApp Messenger, which is a fast, simple and reliable mobile messaging application that is used by people around the world and is available on a variety of mobile platforms.

( d )    Oculus virtual reality technology and content platform power products that allow people to enter a completely immersive and interactive environment to play games, consume content, and connect with others.

## V.    STATEMENT OF FACTS

8.       Since 1999, Plaintiff has been developing web based software applications for his clients and the public with emphasis on security and preventing eavesdropping of the transmitted and stored data/information. This original development produced several applications for Windows operating system.

9.       Through his original development work on security issues, the Plaintiff had arrived at an expression of the idea relating to encrypting messages, data and text being transmitted over the internet World Wide Web. Exhibit E includes screen shots of some of those products.

10.      In or about the end of 2010, Plaintiff has further developed the structure, sequence and organization of the originally developed expressions, mentioned above in paragraphs number 8&9, to become suitable for the applications running on Mobile Devices. The original development work started with Android based phones to encrypt **end-to-end SMS messages**. The product's name was changed from AndySecret to finally AntiSpy SMS. The first official publication and release was on or about July 3, 2012. The publishers are Samsung and Google internet stores. A Copyright protection Certificate was obtained on August 1, 2012. See Exhibit A.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.

11.      The application for the Copyright protection included the first version of the source code, which included the manifestation of the expression and its structure, sequence and organization. The expression of the idea of mutual secured communications on the World Wide Web was first authored and implemented by the Plaintiff in 2000. It was thereafter, in or about the T661 form of 2009-2012 tax returns, identified and reported to the Federal Government of Canada (CRA) as the theory of e_DNA (Electronic DNA). The copyright protected expression can be briefly described as follows:-

( a )    Sender Personal Identity Key (SPIK, which is his/her e_DNA)  is dynamically generated/computed and verified automatically on the device at the initiation of the application.

( b )     The recipient must be selected, from the available contacts list, prior to composing the SMS message in order to compute the Recipient's Personal Identity Key (RPIK, which is his/her e_DNA).

( c )    Upon invoking the Send command, the Recipient's Personal Identification Key (RPIK) is used in conjunction with the encryption algorithm to produce the encrypted text. There are several encryption algorithms available in the public domain. The Plaintiff's developed his own encryption, which is Copyright protected.

( d )    The encrypted  text is then added to both public key and the RPIK . The newly produced cryptographic message is submitted to the SMS sending algorithm and the whole is sent. This phase is the most important part of the expression as it allows the idea of Secure end-to-end messaging to be achieved. The message structure (in terms of inclusion of the RPIK and public Key, i.e. the electronic DNAs ) is very important as it will cause the success or failure of Safe, Verifiable and Secure decryption processes to be performed on the recipient's

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**                    **CASE NO.**

device. The aforementioned solution is not a Scène à faire as there are many other solutions.

( e )    When the cryptographic message is received, the application will extract the Public Key and the RPIK to compare them  to the local stored Keys. They must be identical for the decryption to be performed.

12.    Defendant-1 has recently, in or about April 2016, announced the introduction of **end-to-end encrypted SMS messaging**. Defendant-2, at the time of preparing this pleading, has published a white paper to announce that it is in the process of testing the concept of end-to-end encryption. Plaintiff has had attempted several times to contact the Defendants to arrive at a resolution. No response has been received. Plaintiff believes he is compelled to initiate this current action to protect his legal rights. Exhibits F, G, H and I  include copies of Plaintiff's attempted communications with the Defendants.

## VI.    CLAIM
## (COPYRIGHT INFRINGEMENT)

13.    Plaintiff hereby restates and realleges the allegations set forth in paragraphs 1 through 12 above and incorporates them by reference.

14.    Without consent, authorization, approval, or license, the Defendants knowingly, willingly, and unlawfully copied, prepared, published, and distributed Plaintiff's copyrighted work, portions thereof, or derivative works and continues to do so.

15.    On information and belief, the Defendants direct and induced infringements are and have been knowing and willful.

16.     By this unlawful copying, use, and distribution, the Defendants have violated Plaintiff's exclusive rights under 17 U.S.C. § 106.

17.     The Defendants will continue to realize unjust profits, gains and advantages as a proximate result of its infringement as long as such infringement is permitted to continue.

18.     Plaintiff is entitled to an injunction restraining The Defendants from engaging in any further such acts in violation of the United States copyright laws. Unless The Defendants are enjoined and prohibited from infringing Plaintiff's copyrights, inducing others to infringe Plaintiff's copyrights, and unless all infringing products and advertising materials are seized, the Defendants will continue to intentionally infringe and induce infringement of Plaintiff's registered copyrights.

19.     As a direct and proximate result of the Defendants' direct and indirect willful copyright infringement, Plaintiff has suffered, and will continue to suffer, monetary loss to business, reputation, and goodwill. Plaintiff is entitled to recover from The Defendants, in amounts to be determined at trial, the damages sustained and will sustain, and any gains, profits, and advantages obtained by the Defendants as a result of the Defendants' acts of infringement and the Defendants' use and publication of the copied materials.

## VII.   PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for judgment as follows:

A.     Entry of judgment holding the Defendants liable for infringement of the patents and copyrights at issue in this litigation;

B.     An order permanently enjoining the Defendants, its officers, agents, servants, employees, attorneys and affiliated companies, its assigns and successors

8

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**                    **CASE NO.**

in interest, and those persons inactive concert or participation with it, from continued acts of infringement of the copyrights at issue in this litigation;

C.      An order that all copies made or used in violation of the Plaintiff's copyrights, and all means by which such copies may be reproduced, be impounded and destroyed or otherwise reasonably disposed of;

D.      An order awarding the Plaintiff statutory damages and damages according to proof resulting from the Defendants' infringement of copyrights at issue in this litigation, together with prejudgment and post-judgment interest;

E.      Trebling of damages under 35 U.S.C. § 284 in view of the willful and deliberate nature of the Defendants' infringement of the copyrights at issue in this litigation;

F.      An order awarding the Plaintiff its costs and attorney's fees, or equivalent, under 35 U.S.C.§ 285 and 17 U.S.C. § 505; and

G.      Any and all other legal and equitable relief as may be available under law and which the court may deem proper

## VIII.  DEMAND FOR A JURY TRIAL

Plaintiff  demands a jury trial for all issues so triable.


Dated:  July 18, 2016

By:

_____

SAADELDIN (DEAN) EL-SEDFY

Plaintiff in Pro Per

**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-579-575**

**Effective date of
registration:**

**August 1, 2012**

---

## Title

**Title of Work:** Universal algorithms, process and source code to enable compatible  sending and
retrieval of encrypted SMS messages by mobile devices running different operating
systems such as Apple OS x, Android and Windows.

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 3, 2012      **Nation of 1st Publication:** United States

## Author

■    **Author:** SR&ED ENGINEERING INC.

**Author Created:** computer program, artwork

**Work made for hire:** Yes

**Citizen of:** Canada      **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** SR&ED ENGINEERING INC.

1578 HERITAGE WAY, OAKVILLE, L6M 2Z5, Canada

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**New material included in claim:** computer program, artwork

## Rights and Permissions

**Organization Name:** SR&ED ENGINEERING INC.

**Name:** DEAN  EL-SEDFY

**Email:** delsedfy@srned.com      **Telephone:** 905-632-7733

**Address:** 1578 HERITAGE WAY

OAKVILLE, L6M 2Z5  Canada

## Certification

---

**Name:** DEAN EL SEDEY

**Date:**  August 1, 2012

**Correspondence:**  Yes



EXHIBIT B

# Anti Spy SMS - Android Apps on Google Play

Add to Wishlist

$1.08 Buy















Samsung tested and confirmed app. GET IT NOW.....PRICE IS GOING UP SOON!!!
A product to protect your SMS communication data from eavesdropping. If NSA, or any other hacker, intercepts or hack your phone, they cannot read your SMS messages.

WITH YOUR PURCHASE YOU QUALIFY FOR LIFE TIME FREE UPDATES.

AntiSpySMS(3.7) is an application designed for your privacy and security. The hackers, and lately NSA of USA, have been successful to penetrate the mobile phones and obtain sensitive information. Private SMS makes hacking useless. Your messages are saved in the inbox in the encrypted format (unreadable by humans).

AntiSpySMS(3.7) is different from other encryption applications in two distinctive ways. It does not require encryption keys to be memorized or exchanged. The encryption keys are dynamically created specifically

for the SMS recipient at the time when you are composing the message. You do not have to exchange keys to send or receive messages.

AntiSpySMS(3.7) does not demand much typing or manipulations. The only thing you type is your SMS. The rest is done automatically under your control.

AntiSpySMS(3.7) is very easy to run. All what you have to do is as follows:


1.) Touch the Select Recipient, the phone contact list will be displayed to select from.(ONE AT A TIME).
2.) Type the outgoing SMS.
3.) Send the message.

AntiSpySMS(3.7) will let you know when the message is delivered. Please review the screen shots.

The introductory offer is just 1.99$. This is a lot of security and privacy for such a little amount.

Go ahead download the app and give it a test drive. Android devices only.

Thank you in advance for your support and enjoy your privacy.

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!
N.B. Please disable auto signature of your outgoing messages. It does not make sense to use encryption and provide your co-ordinates(personal data) at the same time. Also the recipient(contact) must also have a copy of this app to be able read the encrypted message. Again, there would be no point of privacy if every one can read your messages.
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!
@Copyright Protected 2005-2016.

# Reviews

**EXHIBIT C**

Search

Categories    Home    Top Charts    New Releases

Apps

My apps

Shop

Games
Family
Editors' Choice

# BusyTeam

SRnED    Productivity

Everyone

You don't have any devices

Add to Wishlist        $6.62 Buy

Account
My Play activity
My wishlist
Redeem
Buy gift card
Parent Guide



Busy Team App is a mobile project and tasks management for the competent busy people, who know exactly what to do and just need minimum volume of reminders and fast status communicating and updating tool.

One person of the team, or more, may prepare the entire plan of work and the rest of the team will be able to synchronize their respective devices to be up and running in seconds.

The individuals may also update/edit/add/delete projects and tasks as they may wish. Any team member has the opportunity to keep in synch with the team when he/she has time to do so.

For security purposes and to protect the privacy of the team's communications, Busy Team App comes integrated with our renowned Anti-Spy-SMS App.

To run the app, follow the following steps:

1.) Login: You will need to add your ceredentials to your contacts' list to be used by the login, or sign in, procedure. If you forget your login ceredentials , you will have to RE-INSTALL the app.

2.) Define your team(OPTIONAL). Only once after installation, or when updating. This file will automatically be updated when you synch with the team.

3.a) If you are the person who is preparing the data on behalf of the team, then input the project(s) and its/their respective tasks. There is no specific order, as long as you can remember what you have to do. You may use the QUICK REVIEW to have a glance at your progress.

3.b) If you are not the above person, go to step 5.

4.) Once you completed (in part or total) the input of the data, replace the team's data with yours. Be careful when you are doing so as you may throw everybody out of synch. Make sure that everybody understands that you will be doing such a step.

5.) Synchronize Data With Team > Replace My Data. That is all.


Busy Team will issue help and informative messages, when warranted. Please read those messages carefully to save time.

YOUR FEEDBACK IS VERY IMPORTANT TO US.
We have developed this app with the hope to increase your productivity. Should you have any requirement or demand for a certain function, please do not hesitate to let us know. According to the feedback received, we will improve this product by adding your and other's, requirements. You will always get the update or upgrade FREE of charge.


### ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated** | **Size** | **Current Version** |
| March 29, 2014 | 207k | 1.0 |
| **Requires Android** | **Content Rating** | **Interactive Elements** |
| 2.3 and up | Everyone | Users Interact |
| | Learn more | |
| **Permissions** | **Report** | **Offered By** |
| View details | Flag as inappropriate | SRnED |

**Developer**
Visit website
Email delsedfy@srned.com
1578 Heritage Way, Oakville, Ontario, Canada, L?M
2Z5

G+1   3

SRnED

See more



e_ScutSheet
SRnED

$6.53

Anti Spy SMS
SRnED

$1.08

©2016 Google   Site Terms of Service  Privacy  Developers  Artists  About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice .

**EXHIBIT D**

# Android Apps on Google Play

Add to Wishlist

$6.53 Buy















e_ScutSheet is a light weight productivity tool for MD doctors, Medical Students and Nurses in a hospital setting.
e_ScutSheet is actually an electronic replacement of the paper scutsheet and an added automatic synchronization to allow the medical team, the attending or chief resident, to be on top of daily/hourly efforts of the team.

e_ScutSheet most productive feature is that it allows the patients' data input to be completed by only one member of the team and the rest of the team will synchronize their devices to get the same data in seconds.

e_ScutSheet will allow the automatic referral of a task(s) to another colleague outside the team, even in another hospital, provided that the colleague has a copy of e_ScutSheet.

e_ScutSheet implements a special encryption scheme to protect the patient's privacy.

e_ScutSheet's messages are in English, but the input may be in any language. Other language will be supported in future releases.

e_ScutSheet is essentially deigned for Android based Smart Phones. It can be used on a tablet, but the user will loose the SMS function. The SMS function will be disabled if it does not detect a telephone line. The synchronization with the team will still be working as long as the WIFI is connected.

e_ScutSheet has a Login procedure to ensure your privacy. It requires four parameters. The most important parameters are the HOSPITAL NAME AND TEAM NAME FIELDS. Make sure that you have the correct spelling unified among your team, so that the synchronization of the team's data can be achieved. If you forget, or input the incorrect information, you can recover by RE-INSTALLING e_ScutSheet. A copy is always available in the download folder on your device.

**EXHIBIT E**