| | |
|---|---|
| COOLEY LLP<br>MARK F. LAMBERT (197410)<br>mlambert@cooley.com<br>ERIN E. PRITCHARD-LIEM (295263)<br>epritchard@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: 650-843-5000<br>Facsimile: 650-849-7400<br><br>Attorneys for Defendants<br>WHATSAPP INC. and FACEBOOK, INC. | Saadeldin (Dean) El-Sedfy<br>1578 Heritage Way<br>Oakville, Ontario, Canada<br>L6M2Z5<br>Telephone: 905-617-7733<br>Facsimile: 888-492-8557<br><br>Plaintiff In Pro Per |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAADELDIN (DEAN) EL-SEDFY,<br><br>Plaintiff,<br><br>v.<br><br>WHATSAPP INC., and FACEBOOK INC.,<br><br>Defendants. | Case No. CV-16-4056 JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a)]** |

Pursuant to this Court's Local Rule 6-1(a), Plaintiff and the Defendants agree to extend the time for Defendants to respond or otherwise plead to the Complaint to and including September 14, 2016. Current Court ordered event dates or deadlines are not affected by this stipulation.

IT IS SO STIPULATED

1  Dated: August 1, 2016

*Elsedfy*
SAADELDIN (DEAN) EL-SEDFY
Plaintiff in Propria Persona

3

4  Dated: August 1, 2016

COOLEY LLP
MICHAEL G. RHODES
HEIDI L. KEEFE
MARK F. LAMBERT
ERIN E. PRITCHARD-LIEM

/s/ Erin E Pritchard-Liem
ERIN E. PRITCHARD-LIEM
Attorneys for Defendant
WHATSAPP, INC. and FACEBOOK, INC.

11  Dated: 8/4/16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Joseph C. Spero

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

El-Sedfy v. WhatsApp Inc. et al. – Case No.
CV16-4058 JCS

2.

STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT

## PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130. On the date set forth below I served the documents described below in the manner described below:

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**
**[L.R. 6-1(a)]**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

on the following part(ies) in this action:

Saadeldin (Dean) El-Sedfy
1578 Heritage Way
Oakville, Ontario, Canada
L6M2Z5

Executed on August 2, 2016, at Palo Alto, California.

_____
Patricia Anne Russell

Case No. CV16-4058 JCS | 2 | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO