UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAADELDIN DEAN EL-SEDFY,

    Plaintiff,

    v.

WHATSAPP INC., et al.,

    Defendants.

Case No. 16-cv-04056-JCS

**ORDER DISMISSING ACTION WITH PREJUDICE**

On October 31, 2016, the Court granted Defendants' motion to dismiss Plaintiff's complaint, but allowed Plaintiff leave to amend no later than November 30, 2016. Order Granting Motion to Dismiss (dkt. 29).[1] That deadline has passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is hereby DISMISSED WITH PREJUDICE.[2] The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: December 6, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] *El-Sedfy v. WhatsApp Inc.*, No. 16-cv-04056-JCS, 2016 WL 6427855 (N.D. Cal. Oct. 31, 2016).
[2] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).